IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00033-EWN-KLM

ROBERT E. STALLINGS,

    Plaintiff,
v.

GOV. BILL RITTER, JR.,
ARISTEDES W. ZAVARAS, Ex. Dir.,
MICHAEL E. ARELLANO, Warden,
BETH KLINGENSMITH, Provider,
ROBERT CHAPMAN, CPT.,
LABAZZETTA, LT.,
PAULA FRANTZ, M.D.,
RITA FRITZ, SGT.,
WINGARD, CO, and
J. LARIMORE, CPT., [all] individually and [in] official capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 3 2008

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: January 23, 2008

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00033-EWN-KLM

Robert E. Stallings
Prisoner No. 136958
Fort Lyon Correctional Facility
PO Box 1000
Fort Lyon, CO 81038-1000

Aristedes W. Zavaras, Michael Arellano,
Beth Klingensmith, Robert Chapman,
Lt. Labazzetta, Paula Frantz, M.D.,
Rita Fritz, CO Wingard, and J. Larimore - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Governor Bill Ritter, Jr.

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes W. Zavaras, Michael Arellano, Beth Klingensmith, Robert Chapman, Lt. Labazzetta, Paula Frantz, M.D., Rita Fritz, CO Wingard, and J. Larimore ; to the United States Marshal for service of process on Bill Ritter, Jr.; and to John Suthers; COMPLAINT FILED 1/07/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/28/08 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk