IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00033-EWN-KLM

ROBERT E. STALLINGS,

    Plaintiff(s),

v.

GOVERNOR BILL RITTER, JR.
ARISTEDES W. ZAVARAS, Ex. Dir.,
MICHAEL E. ARELLANO, Warden,
BETH KLINGENSMITH, Provider,
ROBERT CHAPMAN, CPT,
LABAZZETTA, L.T.,
PAULA FRANTZ, M.D.,
RITA FRITZ, SGT.,
WINGARD, CO, and
J. LARIMORE, CPT, all individually and in their official capacities,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion for Letter [Docket No. 28; Filed March 27, 2008] (the "Motion"). Although not entirely clear, it appears that Mr. Stallings is confused about the Court's decision to treat his Motion to Cure Deficiency [Docket No. 21; Filed March 6, 2008] and his Motion to Amend Motion to Cure Deficiency [Docket No. 24; Filed March 12, 2008] as responses to Defendants' Motion to Dismiss [Docket No. 18]. As such, the Court interprets the present Motion as a request for clarification of the Court's prior Order of March 17, 2008 [Docket No. 26].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court's Order of March 17, 2008 simply directed Defendants to reply to Mr. Stallings Motion Nos. 21 and 24. At the present time, there is nothing Mr. Stallings needs to file with the Court to move his case forward. The arguments and information contained in his Motion Nos. 21 and 24 will be considered in due course and in conjunction with Defendant's Motion to Dismiss.

Dated: March 28, 2008