IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00033-EWN-KLM

ROBERT E. STALLINGS,

    Plaintiff(s),

v.

GOVERNOR BILL RITTER, JR.
ARISTEDES W. ZAVARAS, Ex. Dir.,
MICHAEL E. ARELLANO, Warden,
BETH KLINGENSMITH, Provider,
ROBERT CHAPMAN, CPT,
LABAZZETTA, L.T.,
PAULA FRANTZ, M.D.,
RITA FRITZ, SGT.,
WINGARD, CO, and
J. LARIMORE, CPT, all individually and in their official capacities,

    Defendant(s).
_____

## ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Court's Order to Show Cause issued to Defendants on April 10, 2008 [Docket No. 33]. Defendants were directed to show cause in writing by April 18, 2008 why Plaintiff's Motion for Preliminary Injunction [Docket No. 5] should not be granted. Defendants have complied with the Court's Order [Docket No. 35]. Accordingly,

    IT IS HEREBY **ORDERED** that the Order to Show Cause is **DISCHARGED**.

Dated: April 22, 2008

                                                       BY THE COURT:
                                                       s/ Kristen L. Mix
                                                       U.S. Magistrate Judge
                                                       Kristen L. Mix