IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00033-EWN-KLM

ROBERT E. STALLINGS,

    Plaintiff(s),

v.

GOVERNOR BILL RITTER, JR.
ARISTEDES W. ZAVARAS, Ex. Dir.,
MICHAEL E. ARELLANO, Warden,
BETH KLINGENSMITH, Provider,
ROBERT CHAPMAN, CPT,
LABAZZETTA, L.T.,
PAULA FRANTZ, M.D.,
RITA FRITZ, SGT.,
WINGARD, CO, and
J. LARIMORE, CPT, all individually and in their official capacities,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion for Disclosure; Pursuant to Rule 16 [Docket No. 48; Filed May 1, 2008] (the "Motion"). Although not entirely clear, it appears that Plaintiff is requesting that the Court order discovery in the above-captioned case, or order individuals at the Denver Regional Diagnostic Center to provide copies of Plaintiff's medical records to the Court.

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. To the extent that Plaintiff is requesting to take discovery or to compel Defendants to submit their Fed. R. Civ. P. 16 disclosures, the request is premature. The parties' discovery obligations will be addressed at the Preliminary Scheduling/Status Conference on June 18, 2008. To the extent that Plaintiff asks the Court to compel nonparty entity Denver Regional Diagnostic Center to produce Plaintiff's medical records, the Court has no authority to compel nonparties to act in this regard.

Dated: May 2, 2008