IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00033-EWN-KLM

ROBERT E. STALLINGS,

    Plaintiff(s),

v.

GOVERNOR BILL RITTER, JR.
ARISTEDES W. ZAVARAS, Ex. Dir.,
MICHAEL E. ARELLANO, Warden,
BETH KLINGENSMITH, Provider,
ROBERT CHAPMAN, CPT,
LABAZZETTA, L.T.,
PAULA FRANTZ, M.D.,
RITA FRITZ, SGT.,
WINGARD, CO, and
J. LARIMORE, CPT, all individually and in their official capacities,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion for Relief [Docket No. 54; May 22, 2008] ("Motion No. 54") and Plaintiff's Motion for Disclosure; Pursuant to Rule 16 [Docket No. 48; Filed May 1, 2008] ("Motion No. 55"). Although not entirely clear, it appears that Motion No. 54 seeks to have the Court reconsider its Recommendation to the District Court Judge that Plaintiff's Motion for Preliminary Injunction be denied [Docket No. 42]. On May 2, 2008, the Court denied Plaintiff's motion requesting that the Court order the Denver Regional Diagnostic Center to produce his medical records [Docket No. 52]. Motion No. 55 appears to seek a reconsideration of that ruling.

    IT IS HEREBY **ORDERED** that Motion No. 54 is **DENIED**. Plaintiff has offered no additional evidence or argument to prompt the Court to revise its Recommendation. Further, the Court's Recommendation is a not a final order, and Plaintiff's proper avenue of contesting it was to file an objection to the District Court within ten days of its issuance, as noted in the Recommendation. That deadline has passed.

    IT IS HEREBY **ORDERED** that Motion No. 55 is **DENIED** for the reasons given in the Court's Order of May 2, 2005. Plaintiff has offered no additional evidence or legal authority to prompt a different result.

Dated: May 23, 2008