IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.: 08-cv-00033-EWN-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date:** June 18, 2008 | Courtroom Deputy, Ellen E. Miller |

___

ROBERT E. STALLINGS,            Pro Se    (by telephone)
#136958

     **Plaintiff(s),**

v.

GOVERNOR BILL RITTER, JR.,            Christopher W. Alber
ARISTEDES W. ZAVARAS, Ex. Dir.,
MICHAEL E. ARELLANO, Warden.
BETH KLINGENSMITH, Provider,
ROBERT HAPMAN, CPT,
LABAZZETTA, LT,
PAULA FRANTZ, M.D.,
RITA FRITZ, SGT,
WINGARD, CO, and
J. LARIMORE, CPT,

     **Defendant(s).**
___

**COURTROOM MINUTES / MINUTE ORDER**
___

**HEARING: PRELIMINARY RULE 16(b) SCHEDULING / STATUS CONFERENCE**
Court in Session: 9:00 a.m.

Court calls case. Telephonic appearance of *Pro Se* Plaintiff; in court appearance of defense counsel. Opening statements by the Court.

Plaintiff is reminded that (1) any response filed to a pending Motion should be titled as a RESPONSE and not as a Motion, (2) filing of pleadings should be sent to the Clerk of the Court, with a copy to defense counsel, and not directly to Magistrate Judge Mix (3) the Court does not respond to letters. Any issue a party wishes to bring before the Court must be appropriately filed as a Motion.

*08-cv-00033-EWN-KLM*
*Preliminary Rule 16(b) Scheduling / Status Conference*
*June 18, 2008*

**It is ORDERED:**   Plaintiff's MOTION FOR DISCLOSURE FOR RULE 26 RECONSIDERATION [Docket No. **58,** Filed June 13, 2008] is **DENIED AS MOOT** for the reasons set forth on the record.

**It is ORDERED:**   Plaintiff's Oral Request that Docket No. 58 be considered by the Court as a Supplement to Plaintiff's Response(s) [Docket Nos. 21 and 24] to the Motion to Dismiss [Docket No. 18] is **GRANTED**. Docket No. 58 will be considered by the Court as a Supplement to Plaintiff's Responses to the Motion to Dismiss.

The motion is now deemed fully briefed - Motion to Dismiss [Docket No. 18] with Plaintiff's Responses [Docket Nos. 21, 24, and 58] and Defendants' Reply [Docket No. 31]

The Preliminary Scheduling and Planning Conference is called to consider the nature and status of the case, the case schedule, and what discovery if any will be needed.

Parties shall complete Fed.R.Civ.P. 26(a)(1) disclosures **on or before JULY 18, 2008.** This mandatory disclosure shall include list of witnesses, list of documents, and computation of damages.

**It is ORDERED:**   DISCOVERY DEADLINE is set **OCTOBER 31, 2008**.

Discussion is held regarding methods of discovery. Plaintiff is reminded that discovery is <u>not</u> to be filed with the Court.

● Depositions may be conducted pursuant to Fed.R.Civ.P. 30. Each side shall be limited to three (3) depositions. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. The Court reminds Plaintiff that [1] any costs associated with a deposition, including any court reporter fees, are the responsibility of the party noticing the deposition and that [2] Plaintiff must confer with defense counsel regarding available dates and times for any depositions he may wish to take.
● Interrogatories may be submitted pursuant to Fed.R.Civ.P. 33.
Each side shall be limited to twenty-five (25) Interrogatories, including subparts.
● Requests for Production of Documents may be submitted pursuant to Fed.R.Civ.P. 34.
Each side shall be limited to twenty-five (25) Requests for Production of Documents.
● Requests for Admissions may be submitted pursuant to Fed.R.Civ.P. 36.
Each side shall be limited to twenty-five (25) Requests for Admissions.

The responding party must serve its answers and/or objections within thirty (30) days after being served with the discovery requests.

*08-cv-00033-EWN-KLM*
*Preliminary Rule 16(b) Scheduling / Status Conference*
*June 18, 2008*

All interrogatories, requests for production of documents, and requests for admissions must be served no later than thirty-three (33) days prior to close of discovery.

Discussion is held regarding dispositive motions which are generally filed to request that the Court decide the case without a trial.

**It is ORDERED:**     DISPOSITIVE MOTIONS DEADLINE is set **NOVEMBER 28, 2008.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order.

No **SETTLEMENT CONFERENCE** is set at this time.

As Plaintiff is *pro se,* he is reminded he is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.)   and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.).

A party may only be represented by an attorney who is admitted to the United States District Court District of Colorado bar.

HEARING CONCLUDED.

 **Court in Recess**:   9:31   a.m.   Total In-Court Time:     00:31