IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00033-EWN-KLM

ROBERT E. STALLINGS,

    Plaintiff(s),

v.

GOVERNOR BILL RITTER, JR.
ARISTEDES W. ZAVARAS, Ex. Dir.,
MICHAEL E. ARELLANO, Warden,
BETH KLINGENSMITH, Provider,
ROBERT CHAPMAN, CPT,
LABAZZETTA, L.T.,
PAULA FRANTZ, M.D.,
RITA FRITZ, SGT.,
WINGARD, CO, and
J. LARIMORE, CPT, all individually and in their official capacities,

    Defendant(s).
_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to File Petition for Amendment [Docket No. 63; Filed June 26, 2008] (the "Motion"). Plaintiff seeks permission to amend his complaint and add a claim against Officer Miller for violating his Fourteenth Amendment right to due process and equal protection. A Motion to Dismiss Plaintiff's complaint is pending [Docket No. 18].

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Because no responsive pleading has been filed, Plaintiff may amend his complaint once as a matter of course pursuant to Fed. R. Civ. P. 15(a). *See Glenn v. First Nat'l Bank*, 868 F.2d 368, 370 (10th Cir. 1989) (holding that a motion to dismiss is not a responsive pleading for purposes of Rule 15). On or before **July 15, 2008**, Plaintiff shall file an "Amended Complaint" which fully incorporates the claims and parties he would like to pursue. However, Plaintiff is cautioned that his amended complaint must adequately "explain what each defendant did to [him]; when the defendant did it; how the defendant's actions harmed [him]; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). In addition, Plaintiff must articulate facts sufficient to show that he suffered an actual injury. *Lewis v. Casey*, 518 U.S. 343, 350 (1996).

Dated: June 30, 2008