IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-00033-CMA-KLM

ROBERT E. STALLINGS,

Plaintiff,

v.

GOVERNOR BILL RITTER, JR.,
ARISTEDES W. ZAVARAS, Ex. Dir.,
MICHAEL E. ARELLANO, Warden,
BETH KLINGENSMITH, Provider,
ROBERT CHAPMAN, CPT,
LABAZZETTA, L.T.,
PAULA FRANTZ, M.D.,
RITA FRITZ, SGT.,
WINGARD, CO, and
J. LARIMORE, CPT, all individually and in their official capacities,

Defendants.

---

## ORDER ADOPTING AND AFFIRMING AUGUST 22, 2008 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

This matter is before the Court on the recommendation by the Magistrate Judge that the Defendants' Motion to Dismiss be granted and this case be dismissed.

Plaintiff has objected to the recommendation. In light of the objections to it, the Court has conducted the requisite *de novo* review of the issues, the recommendation and Plaintiff's objections. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analysis and recommendation are correct. Accordingly,

IT IS ORDERED that the August 22, 2008 Recommendation of United States Magistrate Judge (Doc. # 75) is ACCEPTED and, for the reasons cited therein, the Defendants' Motion to Dismiss (Doc. # 18) is GRANTED. Claims One, Two and Three are hereby DISMISSED WITHOUT PREJUDICE and Claim Four is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all pending motions are denied as moot.

The Clerk of the Court is hereby DIRECTED to mail a copy of this Order to:

    Robert E. Stallings
    c/o Ligita S. Bardulis, Esq.
    P. O. Box 270842
    Littleton, CO 80127

DATED: November  14 , 2008

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge