# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 08-cv-00033-CMA-KLM

ROBERT E. STALLINGS,

    Plaintiff,

v.

GOVERNOR BILL RITTER, JR.,
ARISTEDES W. ZAVARAS, Ex. Dir.,
MICHAEL E. ARELLANO, Warden,
BETH KLINGENSMITH, Provider,
ROBERT CHAPMAN, CPT.,
LABAZZETTA, L.T.,
PAULA FRANTZ, M.D.,
RITA FRITZ, SGT.,
WINGARD, CO, and
J. LARIMORE, CPT, all individually and in their official capapcities,

    Defendants.

---

## ORDER AFFIRMING APRIL 3, 2009 MINUTE ORDER OF
## OF UNITED STATES MAGISTRATE JUDGE

---

This matter is before the Court on the Minute Order (Doc. # 91) entered by the Magistrate Judge Kristen L. Mix dated April 3, 2009.  The Court has reviewed the Minute Order and the case file.  It is therefore

ORDERED that the Minute Order (Doc. # 91) entered by Magistrate Judge Kristen L. Mix, dated April 3, 2009 is AFFIRMED.

DATED: October 13, 2009.