**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00033-CMA-KLM

ROBERT E. STALLINGS,

    Plaintiff,

v.

GOVERNOR BILL RITTER, JR.,
ARISTEDES W. ZAVARAS, Ex. Dir.,
MICHAEL E. ARELLANO, Warden,
BETH KLINGENSMITH, Provider,
ROBERT CHAPMAN, CPT.,
LABAZZETTA, L.T.,
PAULA FRANTZ, M.D.,
RITA FRITZ, SGT.,
WINGARD, CO, and
J. LARIMORE, CPT, all individually and in their official capapcities,

    Defendants.

---

**ORDER REGARDING MOTION TO INTERVENE AND
MOTION FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

Upon review of the file in the above-referenced civil action, the Court finds that this case was dismissed without prejudice on November 14, 2008 (Doc. # 83) and the matter was terminated on November 17, 2008 (Doc. # 85). It is, therefore,

ORDERED that Plaintiff's Motion for Judicial Intervention (Doc. # 120) and Motion for Leave To Proceed Pursuant to 28 U.S.C. § 1915 (Doc. # 121) are STRICKEN for lack of jurisdiction.

    DATED: January __5__, 2010

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge